8/19/2026 11:53 AM
26CV39997

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| | |
|---|---|
| JENNIFER BEVACQUA, an individual,<br>Plaintiff,<br>v.<br>OREGON HEALTH & SCIENCE UNIVERSITY, a public university, STEFANIE ROLAND, an individual, and MIRJANA KASAP TRIFUNOVIC, an individual,<br>Defendants. | Case No. 26CV39997<br>**SUMMONS** |

**TO:** **Oregon Health & Science University**
c/o Iván Resendiz Gutierrez
Miller Nash LLP
1140 SW Washington St., Suite 700
Portland, OR 97205

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.


Oldham Law Office, LLC
12275 SW 2nd Street
Beaverton, OR 97005
Tel: 503-596-2696

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

DATED this 13th day of August, 2026.

**OLDHAM LAW OFFICE, LLC**

/s/Katelyn S. Oldham
Katelyn S. Oldham, OSB No. 024115
Alex G. Meggitt, OSB No. 174131
Phone: (503) 596-2696
Fax: (503) 641-6888
katelyn@oldhamlawoffice.com
alex@oldhamlawoffice.com

Of Attorneys for Plaintiff